IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFFREY-ALLEN HILL-YISRA'EL, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-CV-40 (MTT) |
| | * |
| THE STATE OF GEORGIA, et al., | * |
| Defendants. | * |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated February 13, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 14th day of February, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk